**INDEX OF DOCUMENTS BEING FILED WITH NOTICE OF REMOVAL**

In accordance with 28 U.S.C. § 1446(a) and Local Rule 81, Defendants Dow, Inc., The Dow Chemical Company, Dow AgroSciences LLC, and Corteva, Inc., file this Index of Documents Being Filed with Notice of Removal, identifying the followings documents being filed with its Notice of Removal.

| Exhibit A: | Index of Documents Being Filed with Notice of Removal |
|---|---|
| Exhibit B: | Copy of the Docket Sheet from the State Court Action (printed September 25, 2019) |
| Exhibit C: | Copies of each document filed in the State Court Action, except discovery material, arranged in chronological order per the state court file date |
| | Exhibit C-1. Plaintiff's Original Petition (filed August 9, 2019) |
| | Exhibit C-2: Service Issued Notice |
| | Exhibit C-3: Citation served on Dow, Inc. (served 9-4-19) |
| | Exhibit C-4: Citation served on Dow Chemical (served 9-4-19) |
| | Exhibit C-5: Citation served on Dow Agrosciences, LLC (served 9-4-19) |
| | Exhibit C-6: Citation served on Corteva, Inc. (served 9-4-19) |
| Exhibit D | Roster of Attorneys |

INDEX OF DOCUMENTS BEING FILED WITH NOTICE OF REMOVAL – Page 1

526936.000002 22728888.1

Exhibit A