# CASE NO. C-3438-19-J
# LISA AND MICHAEL SANCHEZ A/N/F OF ANDRE C. SANCHEZ, MICHAEL SANCHEZ VS. DOW, INC., DOW CHEMICAL, DOW AGROSCIENCES, LLC, CORTEVA, INC.

| Selected Event | Image | Page Count |
|---|---|---|
| 08/09/2019 Original Petition (OCA) | Plaintiffs' Original Petition f.pdf | 11 |

| Other Events on This Case | Image | Page Count |
|---|---|---|
| 08/13/2019 Citation Issued | SERVICE ISSUED.pdf | 1 |
| | C-3438-19-J 1.pdf | 2 |
| | C-3438-19-J 2.pdf | 2 |
| | C-3438-19-J 3.pdf | 2 |
| | C-3438-19-J 4.pdf | 2 |

| Other Images on This Case | Image | Page Count |
|---|---|---|
| 09/23/2019 PDF Documents | ECitations2019 CitationsCorteva, Inc. 9-4-19.pdf | 4 |
| 09/23/2019 PDF Documents | ECitations2019 CitationsDow Agrosciences, LLC. 9-4-19.pdf | 4 |
| 09/23/2019 PDF Documents | ECitations2019 CitationsDow Chemical 9-4-19.pdf | 4 |
| 09/23/2019 PDF Documents | ECitations2019 CitationsDow, Inc. 9-4-19.pdf | 4 |

Exhibit B